## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| TEDKIEYA MCFADDEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00786-LSC-HNJ |
| | ) | |
| KIMBERLY NEELY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report (Doc. 11) on January 23, 2024, recommending the court **DENY** petitioner Tedkieya McFadden's ("McFadden") *pro se* amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 4) and **DISMISS** her claims **WITHOUT PREJUDICE** subject to her right to initiate an appropriate *Bivens* action to pursue any cognizable claims she may have. (Doc. 11).   No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that McFadden's *pro se* amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 4) is due to be **DENIED** and her claims are due to be **DISMISSED WITHOUT**

**PREJUDICE** subject to her right to initiate an appropriate *Bivens* action to pursue

any cognizable claims she may have.  A final judgment will be entered.

DONE and ORDERED on February 22, 2024.

_____

L. Scott Coogler
United States District Judge

160704